UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRO TECH MONITORING, INC.
a Delaware Corporation,

    Plaintiff,

vs.                              CASE NO. 8:08-cv-01455-JSM-MAP

SATELLITE TRACKING OF PEOPLE, LLC,
a Delaware Limited Liability Company,

    Defendants.
_____/

## MOTION FOR LEAVE TO FILE A REPLY

Defendant, Satellite Tracking of People, LLC ("STOP"), by its counsel, Gibbons P.C. and Carlton Fields, P.A., specifically appear in this action for the limited purpose of addressing the Court's Order to Show Cause.

### I.    CONCISE STATEMENT OF THE REQUESTED RELIEF

STOP moves pursuant to Local Rule 3.01(d) for leave to file a reply to Plaintiff's Response to Order to Show Cause should the Court desire input from STOP concerning the history and circumstances of this action. The length of the proposed filing is two pages.

### II.    BASIS OF THE REQUEST

On July 29, 2008, Plaintiff filed the Complaint in this action. (Docket Entry ("DE") 1) On December 3, 2008, the Court *sua sponte* issued an Order to Show Cause ("OSC"). That Order required Plaintiff to show cause, in writing within eleven (11) days from the date of the OSC, why this action should not be dismissed for lack of service. (DE3) On December 11, 2008, Plaintiff filed a Response to the Order to Show Cause. (DE5)

14343648.1

STOP requests the Court's permission to file a reply to Plaintiff's Response to the Order to Show Cause should the Court desire input from STOP concerning the history and circumstances of this action. STOP respectfully submits that it can offer the Court valuable information related to Plaintiff's Response to the Order to Show Cause. In addition, STOP can offer the Court more substantive information about the merits of the case.

Dated: December 23, 2008

/s/Edward J. Page
Edward J. Page
Florida Bar Number 331287
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor (33607)
P.O. Box 3239
Tampa, Florida 33601
Telephone: (813) 223-7000
Fax: (813) 229-4133
Email: epage@carltonfields.com

and

Thomas J. Vetter
NY State Bar Number 1804467
GIBBONS P.C.
1 Pennsylvania Plaza, 37th Floor
New York, NY 10119
Telephone: (212) 613-2085
Facsimile: (212) 554-9649
Email: tvetter@gibbonslaw.com

*Attorneys for Defendant*
*Satellite Tracking of People, LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2008, we presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

**H. William Larson, Jr.**
LARSON & LARSON, P.A.
11199 – 69th Street North
Largo, FL  33773-5504
Tel.:  (727) 546-0660
Fax:  (727) 545-1595
Email:  larsonb@tampabay.rr.com
*Attorney for Plaintiff*

        /s/Edward J. Page
        Attorney