UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRO TECH MONITORING, INC.
a Delaware Corporation,

    Plaintiff,

vs.                                    CASE NO. 8:08-cv-01455-JSM-MAP

SATELLITE TRACKING OF PEOPLE, LLC,
a Delaware Limited Liability Company,

    Defendant.
_____/

## DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL

Defendant, Satellite Tracking of People, LLC, by their counsel, Wendy R. Stein, Gibbons P.C., One Pennsylvania Plaza, New York, NY 10119, files this Designation and Consent to Act as Local Counsel, pursuant to Local Rule 2.02,[1] so that Edward J. Page may specially appear in this action and participate as counsel for Defendant for the limited purpose of addressing the Court's Order to Show Cause, and states as follows:

1.     Wendy R. Stein is admitted to practice law in New York (New York Bar Number 4153086), and is an active member in good standing of the bar of that state. Wendy R. Stein is a member in good standing of the Bar of the United States District Courts for the Southern and Eastern Districts of New York and the United States District Court for the District of New Jersey.

2.     Wendy R. Stein has not appeared in a federal court case in Florida in the last five (5) years.

---

[1] Local Rule 2.02(a)(1) requires no motion, only a "written designation and consent-to-act …."

3. Wendy R. Stein has not been disciplined in any jurisdiction in the preceding five (5) years and has no disciplinary proceeding against her pending.

4. All applicable provisions of the Local Rules for the Middle District of Florida, including Rule 2.02(a)-(c) have been read and this designation complies with the rules. There has also been compliance with the fee and e-mail registration requirements of Rule 2.01(d).

5. Edward J. Page of Carlton Fields, P.A., Corporate Center Three at International Plaza, 4221 W. Boy Scout Blvd., 10th Floor, Tampa, Florida 33607, who is an active member of The Florida Bar and the Middle District of Florida, is so designated and consents to act as the local counsel to whom all notices of papers may be served and who will be responsible for the progress of the case.

WHEREFORE, Wendy R. Stein moves that she be specially admitted to practice in this action.

/s/ Wendy R. Stein
Wendy R. Stein
New York Bar Number 4153086
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
Telephone: (212) 613-2000
Facsimile: (212) 554-9647
Email: wstein@gibbonslaw.com

/s/Edward J. Page
Edward J. Page
Florida Bar Number 331287
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor (33607)
P.O. Box 3239
Tampa, Florida 33601
Telephone: (813) 223-7000
Fax: (813) 229-4133
Email: epage@carltonfields.com
*Attorneys for Satellite Tracking of People, LLC*

## VERIFICATION

Under penalties of perjury, I declare that I have read the foregoing motion and the facts stated in it are true.

                                                 /s/ Wendy R. Stein
                                                 Wendy R. Stein

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2008, we presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

**H. William Larson, Jr.**
LARSON & LARSON, P.A.
11199 – 69th Street North
Largo, FL 33773-5504
Tel.: (727) 546-0660
Fax: (727) 545-1595
Email: larsonb@tampabay.rr.com

*Attorney for Plaintiff*
*Pro Tech Monitoring, Inc.*

                                                 /s/Edward J. Page
                                                 Attorney