IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PRO TECH MONITORING, INC.**

    Plaintiff,

vs.                                          CASE NO. 8:08-cv-01455-JSM-MAP

**SATELLITE TRACKING OF PEOPLE, LLC,**

    Defendant.
_____/

## ANSWER

Satellite Tracking of People, LLC ("STOP") hereby submits its Answer to the Complaint for Utility Patent Infringement filed by Pro Tech Monitoring, Inc. ("Pro Tech") as follows:

## BASIS FOR JURISDICTION

1. Admitted that this Court has subject matter jurisdiction under 28 U.S.C. § 1331 and § 1338(a) to the extent that the complaint alleges that this action arises under the patent laws of the United States. Admitted that STOP has established minimum contacts with this forum such that the exercise of jurisdiction over STOP would not offend traditional notions of fair play and substantial justice. Admitted that venue is proper in this district but denied that STOP has offered to sell Infringing Products within this district or committed acts of infringement within Florida or elsewhere giving rise to this action.

## COUNT I - UTILITY PATENT INFRINGEMENT

2. STOP lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning patent ownership. Denied that U.S. Patent 6,014,080 ("the '080 patent") was duly and lawfully issued, and further denied that the '080 patent is valid and enforceable.

      3.     Denied.

      4.     Denied.

      5.     Denied.

## AFFIRMATIVE DEFENSES

For its affirmative defenses, STOP alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

### (Invalidity of the '080 Patent)

The '080 Patent is invalid for failure to satisfy the conditions and requirements for patentability set forth in 35 U.S.C. § 101 *et. seq.*, including, without limitation, one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112.

### SECOND AFFIRMATIVE DEFENSE

### (Equitable Estoppel)

Any claim for damages for infringement is barred by the doctrine of equitable estoppel. Pro Tech, through misleading conduct, led STOP's predecessor and STOP to reasonably infer that Pro Tech did not intend to enforce the '080 patent against them. STOP relied on that conduct. Due to its reliance, STOP will be materially prejudiced if Pro Tech is allowed to proceed with its claim. The prejudice to STOP is both economic and evidentiary.

### THIRD AFFIRMATIVE DEFENSE

### (Laches)

Any claim for damages for infringement is barred by the doctrine of laches. Pro Tech first asserted that the BluTag product infringed the '080 patent on July 23, 2003. Pro Tech did not file suit until July 29, 2008. Pro Tech unreasonably and inexcusably delayed in bringing suit, and caused STOP to suffer material prejudice attributable to the delay.

## FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

Any claim for damages for infringement is barred by the doctrine of waiver.  As an example, but without limitation, Pro Tech's conduct was so inconsistent with an intent to enforce its rights as to induce in STOP a reasonable belief that Pro Tech had relinquished the right to enforce the '080 patent.

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

Pro Tech is estopped under the doctrine of prosecution history estoppel and all other forms of estoppel from asserting that STOP infringes the '080 patent.  During prosecution of the application that resulted in the '080 patent, the inventor and his authorized representatives made remarks and amendments related to patentability that narrowed the scope of the asserted claims and further narrowed the acts and systems which would infringe the '080 patent.  Pro Tech is further estopped from trying to recapture any subject matter disavowed during prosecution.

## SIXTH AFFIRMATIVE DEFENSE

### (No Entitlement to Injunctive Relief)

Pro Tech is not entitled to injunctive relief, because any purported injury to Pro Tech is not irreparable and Pro Tech has an adequate remedy at law.

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The Complaint fails to state a claim upon which relief can be granted.

## EIGHTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Pro Tech comes before this Court with unclean hands.  As an example, and without limitation, Pro Tech brought this lawsuit only in retaliation for a lawsuit now pending between the parties in the Eastern District of Texas, *STOP et. al. v. Pro Tech et. al*., 08-cv-116 (CE).

## NINTH AFFIRMATIVE DEFENSE

### (Unenforceability Due to Inequitable Conduct)

The '080 patent is unenforceable due to inequitable conduct.  As an example, and without limitation, on information and belief, the patentee misled the Examiner by representing to him that the Krasner matched filtering GPS receiver does not have the capability of acquiring updates to a GPS almanac.

## PRAYER FOR RELIEF

WHEREFORE, STOP requests entry of a judgment against Pro Tech granting the following relief:

    a.    Determining that Pro Tech's complaint is without merit and entering judgment against Pro Tech;

    b.    Dismissing Pro Tech's complaint with prejudice;

    c.    Declaring that STOP does not infringe, directly or indirectly, any claim of the '080 patent;

    d.    Declaring that the claims of the '080 patent are invalid;

    e.    Declaring this case exceptional and awarding attorney fees and costs under 35 U.S.C. § 285 and under any other applicable authority;

  f. Awarding sanctions against Pro Tech under 28 U.S.C. § 1927 and the Court's inherent powers; and

  g. Granting such other and further relief as the Court may find just and equitable.

Dated: March 11, 2009

            /s/Edward J. Page

            Edward J. Page
            FL Bar No. 331287
            **CARLTON FIELDS, P.A.**
            Corporate Center Three at Int'l Plaza
            4221 W. Boy Scout Blvd, 10th Floor
            Tampa, FL 33607
            Telephone: (813) 223-7000
            Facsimile: (813) 229-4133
            Email: epage@carltonfields.com

            Thomas J. Vetter (*pro hac vice*)
            Wendy R. Stein (*pro hac vice*)
            **GIBBONS P.C.**
            1 Pennsylvania Plaza, 37th Floor
            New York, NY 10119
            Telephone: (212) 613-2085
            Facsimile: (212) 554-9649
            Email: tvetter@gibbonslaw.com
            Email: wstein@gibbonslaw.com

            *Attorneys for Defendant*
            *Satellite Tracking of People, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2009, we presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

**H. William Larson, Jr.**
LARSON & LARSON, P.A.
11199 – 69th Street North
Largo, FL  33773-5504
Tel.:  (727) 546-0660
Fax:  (727) 545-1595
Email:  larsonb@tampabay.rr.com

*Attorney for Plaintiff*
*Pro Tech Monitoring, Inc.*

                                                      /s/Edward J. Page
                                                      Attorney