UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRO TECH MONITORING, INC.,

    Plaintiff,

v.                           Case No. 8:08-cv-1455-T-30AEP

SATELLITE TRACKING OF PEOPLE, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal (Dkt. #89). Upon review and consideration, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Dismissal (Dkt. #89) is GRANTED.

2. This cause is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 4, 2010.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-1455.dismiss 89.wpd